

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-21-00461-CR

D'Andria **BALDERRAMA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

After this court's granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on April 8, 2022. Before the once-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is granted. Appellant's brief is due on May 9, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court